## ALLEN *v.* THE STATE.

CRIMINAL LAW.—*Practice.*—*Trial by Less than Twelve Jurors.*—The trial of a defendant in a criminal prosecution by a jury of less than twelve in number, with or without the consent of the defendant, is unauthorized by law and their verdict void.

From the Wayne Circuit Court.

*T. W. Bennett, S. A. Forkner, J. P. Siddall* and *W. D. Foulke,* for appellant.

*H. U. Johnson,* Prosecuting Attorney, and *C. A. Buskirk,* Attorney General, for the State.

WORDEN, C. J.—The appellant was indicted in the court below for the larceny of four chickens, of the value of thirty cents each.

He was put upon trial before a jury, but during the progress of the cause two of the jurors were discharged by the consent of the defendant, and the remaining ten jurors returned a verdict of guilty, assessing the defendant's punishment at a fine of five dollars, eighteen months'

imprisonment in the state-prison and disfranchisement for the period of five years.

Judgment was rendered on the verdict.

This judgment can not be maintained. The trial of a criminal cause by a jury consisting of a less number than twelve is unauthorized by law, and the verdict in such case is void. *Brown* v. *The State*, 16 Ind. 496. See, also, *Hill* v. *The People*, 16 Mich. 351.

The judgment is reversed, and the cause remanded for further proceedings.

The clerk will give the proper notice for the return of the prisoner.